## CURNYN v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 15, September Term, 1959.]

*Decided October 20, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons set out in the opinion of the court below, the petition under the Post Conviction Procedure Act was properly denied, and application for leave to appeal is denied. Applicant contends, in his brief filed here, that he was illegally denied a right to be present at the hearing below, on his petition under the Act. We have held that the matter is within the discretion of the trial court. *Plump v. Warden, Md. Penitentiary,* 220 Md. 662, 665, 153 A. 2d 269, 270.